# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:06CR29

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JAMES KENNETH MILLS ) | |

**THIS MATTER** is before the Court on the Defendant's appeal of the Order issued by the Magistrate Judge on March 8, 2007, denying his motion for bond.

On review of the Magistrate Judge's Order, the Court finds, for the reasons stated therein, that continued detention of the Defendant is mandated and the Magistrate Judge's ruling shall be sustained.

**IT IS, THEREFORE, ORDERED** that the Defendant's appeal of the Order of detention is **DENIED;** the Magistrate Judge's Order is **SUSTAINED**, and the Defendant is ordered detained pending further proceedings in this matter.

Signed: March 13, 2007

Lacy H. Thornburg
United States District Judge