**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:06CR29**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JAMES KENNETH MILLS ) | |

**THIS MATTER** came on for hearing before the Court for sentencing.

During the sentencing hearing, it became apparent to the Court that the Defendant had become dissatisfied with the services of his retained attorney, William D. McDowell, and requested the Court appoint counsel to represent him for the remainder of the proceedings herein. Finding the Defendant entitled to appointed counsel, his request for new counsel was allowed. For the reasons stated in open court,

**IT IS, THEREFORE, ORDERED** that the sentencing hearing of June 19, 2007, is hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that, upon Defendant's request, William D. McDowall, Jr., is hereby relieved of further responsibility for the representation of the Defendant herein.

The Federal Defender is directed to appoint new counsel for the Defendant forthwith.

Signed: June 20, 2007

Lacy H. Thornburg
United States District Judge