# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:06-cr-00029-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JAMES KENNETH MILLS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervised Release [Doc. 58]. Both counsel for the Government and the Defendant's supervising probation officer have advised they do not oppose the Defendant's request.

Upon review of the Defendant's Motion, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 58] is **GRANTED**, and the Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED.**

Signed: September 3, 2019

Martin Reidinger
United States District Judge